## RUSSEL & COMPANY

*v.*

## HENNA.

---

San Juan, Equity, No. 970.

INJUNCTIVE ORDER.

Opinion filed August 24, 1917.

---

HAMILTON, Judge, delivered the following opinion:

This cause coming on to be heard upon motion of plaintiff for a preliminary injunction, and upon the argument it appearing that the interests of the plaintiff and the original defendants will be protected by a division of the water equally between plaintiff and defendants, and that the interest of the interven-

ing party, the people of Porto Rico, will be protected by the payment of the agreed price for the water, all until a final hearing of the case can determine the rights of the parties, and it not appearing proper to decide the merits of the case at this time, the balance of convenience being covered in this way from all points of view, while any other arrangement would work damage which may be irreparable to the original parties hereto, it is ordered:

1. That the plaintiff and defendants equally divide the water in such manner as may be agreed between the parties, and if they do not so agree within 3 days the marshal will so divide the water upon such plan as he may find will best secure that result —all without prejudice to the rights of the parties.

2. That the substituted plaintiff and original defendants shall each pay, without prejudice to their rights, one half the amount of money due for rent or otherwise, as shown by the pleadings, to the people of Porto Rico, into court at the time and in the manner provided for by the contract between them, or either of them, and the people of Porto Rico, plus the usual clerk's commission, and that the clerk shall pay over to the people of Porto Rico at such time and in such manner the said net amount of money; but it is ordered that the people of Porto Rico receive such money subject to the result of this litigation, that is to say, subject to repayment to the plaintiff herein if the final decree should be to that effect.

All other questions reserved.